**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1773**

ERIC M. MCMILLIAN,

        Plaintiff - Appellant,

    and

THE U.S. COURTS, JAILS AND PRISONS COALITION, c/o Eric M.
McMillian 4811-D Blue Bird Court Raleigh, NC 27606,

        Plaintiff,

    v.

RALEIGH CITY COUNCIL; G.C. LECONEY,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:12-cv-00101-D)

Submitted:  November 2, 2012      Decided:  November 7, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric M. McMillian, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric M. McMillian appeals the district court's order dismissing the civil action filed by McMillian on behalf of his organization for failure to pay the filing fee. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because McMillian's informal brief does not challenge the basis for the district court's disposition, McMillian has forfeited appellate review of the court's order. Accordingly, we grant leave to proceed on appeal in forma pauperis and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED